ORIGINAL

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION



| | | |
|---|---|---|
| ELIJAH RASHEED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV404-017 |
| | ) | |
| HEATHER RAMSEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

On March 15, 2005, this Court issued an order noting that the address on file for plaintiff is no longer correct and ordering him to provide the Court with his current address within ten days. The Court warned that failure to do so could result in dismissal of this case. Local Rule 11.1. Plaintiff still has not provided the Court with his current address. Accordingly, the Court recommends that this case be DISMISSED.

**SO REPORTED AND RECOMMENDED** this 21st day of April, 2005.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## *Southern District of Georgia*

ELIJAH RASHEED

)

vs )  CASE NUMBER  CV404-017

HEATHER RAMSEY, et al )  DIVISION  SAVANNAH

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below: and

2. That the aforementioned enveloped contained a copy of the document dated April 21, 2005 , which is part of the official record of this case.

Date of Mailing:  April 22, 2005

Date of Certificate  ☐ same date,  or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

Name and Address

Elijah Rasheed, GDC333399, Lowndes State Prison, P O Box 5367, Valdosta, GA  31603
Eddie Snelling, Jr , Esq

☐ Copy placed in Minutes
☐ Copy given to Judge
☒ Copy given to Magistrate