FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 MAY 16 AM 10 58

CLERK
S.D. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ELIJAH RASHEED, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CV404-017<br>) |
| HEATHER RAMSEY, et al., | )<br>) |
| Defendants. | ) |

### ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 16th day of May, 2005.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

Elijah Rasheed )

vs ) CASE NUMBER CV404-17

Heather Ramsey, et al. ) DIVISION SAVANNAH

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 5/16/05, which is part of the official record of this case.

Date of Mailing: 5/16/05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By: /s/ Kalli Stephan
Deputy Clerk

**Name and Address**

Elijah Rasheed, GDC333399, Lowndes State Prison, P.O. Box 5367, Valdosta, GA 31603
Eddie Snelling, Jr., 40 Capitol Sq., SW, Atlanta, GA 30334-1300

[ ] Copy placed in Minutes
[X] Copy given to Judge
[ ] Copy given to Magistrate